AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hector Contreras, | ) | Case No.  20 - 5080MJ |
| a.k.a.: Hector Contreras-Vega, | ) | |
| a.k.a.: Hector Gabriel Contreras Vega | ) | |
| (A086 982 974) | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 17, 2020, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Hector Contreras, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 13, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA  Sheila A. Phillips

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Cesar Zuniga,
Deportation Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    March 18, 2020
_____

_____
*Judge's signature*

City and state:   Phoenix, Arizona
_____

Deborah M. Fine,
United States Magistrate Judge
_____
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Cesar Zuniga, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On March 17, 2020, Hector Contreras was booked into the Department of Public Safety (DPS) on local charges. Hector Contreras was later turned over to the Florence ICE office by DPS, due to an immigration violation alert. While at the Florence ICE office, Contreras was examined by Deportation Officer C. Burry who determined Contreras to be a Mexican citizen, unlawfully present in the United States. Contreras was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Hector Contreras to be a citizen of Mexico and a previously deported criminal alien. Contreras was removed from the United States to Mexico through Nogales, Arizona, on or about March 13, 2018, pursuant to an order of removal issued by an immigration judge. There is no record of Hector Contreras in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to

the United States after his removal. Hector Contreras' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Hector Contreras was convicted of Conspiracy to Possess with Intent to Distribute Marijuana, a felony offense, on March 17, 2011, in the United States District Court, District of Arizona. Contreras was sentenced to time served and forty-eight (48) months of supervised release. Contreras' criminal history was matched to him by electronic fingerprint comparison.

5. On March 17, 2020, Hector Contreras was advised of his constitutional rights. Contreras freely and willingly acknowledged his rights and agreed to provide a statement under oath. Contreras stated that his true and complete name is "Hector Gabriel Contreras Vega," and that he is a citizen of Mexico. Contreras stated that he illegally entered the United States on "3-10-20," and did not apply for permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about March 17, 2020, Hector Contreras, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

///

///

///

2

Nogales, Arizona, on or about March 13, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Cesar Zuniga,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 18th day of March, 2020.

Deborah M. Fine,
United States Magistrate Judge